UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL WAYNE DOANE,

            Plaintiff,

  v.

WHATCOM COUNTY JAIL, *et al.*,

            Defendants.

Case No. C24-421-KKE-MLP

REPORT AND RECOMMENDATION

      This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff Michael Wayne Doane ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, is a pretrial detainee at the Whatcom County Jail (the "Jail") in Bellingham, Washington. Plaintiff filed a proposed complaint requesting that the Jail provide him with reading glasses and readmit him to a medically assisted treatment program to treat substance abuse. (*See* dkt. # 4-1.)

      On May 7, 2024, this Court declined to serve Plaintiff's complaint due to several deficiencies, granted him leave to amend his complaint within 30 days of the Court's Order, and advised him that failure to file an amended pleading would result in a recommendation that this action be dismissed. (Dkt. # 8.) To date, Plaintiff has failed to file an amended complaint correcting the deficiencies identified in the Court's previous Order. It therefore appears Plaintiff

REPORT AND RECOMMENDATION - 1

has elected not to proceed with this action. When a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court may dismiss an *in forma pauperis* complaint before service of process under 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff failed to state any viable claim for relief in his original pleading, and because he has not filed an amended complaint correcting the deficiencies identified by the Court, this action should be dismissed.

Accordingly, the Court recommends that Plaintiff's complaint (dkt. # 6) and this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court further recommends that Plaintiff's motion to appoint counsel (dkt. # 7) be denied as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 23, 2024**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Kymberly K. Evanson.

Dated this 1st day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2