UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WAYNE DOANE,<br><br>                Plaintiff,<br><br>   v.<br><br>WHATCOM COUNTY JAIL, *et al.*,<br><br>                Defendants. | Case No. C24-421-KKE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and noting that no objection has been filed, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 9).

(2)    Plaintiff's complaint (Dkt. # 6), and this action, are dismissed without prejudice.

(3)    Plaintiff's motion to appoint counsel (Dkt. # 7) is denied as moot.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 6th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge